# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2829

_____

Rudy Yaneth Enriquez-Martinez

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: September 17, 2019
Filed: September 19, 2019
[Unpublished]

_____

Before LOKEN, COLLOTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Rudy Enriquez-Martinez petitions for review of an order of the Board of Immigration Appeals (BIA) denying her motion to reopen her removal proceedings. After careful review, we conclude the BIA did not abuse its discretion in denying Enriquez-Martinez's motion. *See Vargas v. Holder*, 567 F.3d

387, 391 (8th Cir. 2009) (standard of review). The petition for review is denied. *See* 8th Cir. R. 47B.

_____